UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK MCDONAGH,<br>MATTHEW MCDONAGH,<br><br>Defendants. | NO. CR24-120-JHC<br><br>ORDER REGARDING MOTIONS TO SEAL GOVERNMENT EXHIBITS TO SENTENCING MEMOS |

The Government filed motions to seal the exhibits to its sentencing memoranda docketed at Dkt. # 56-1 and Dkt. # 57-1. Dkt. ## 66; 68. There is good cause to seal the identified documents for the reasons stated in the Government's motions. The Court therefore GRANTS the motions and DIRECTS the Clerk to seal Dkt. # 56-1 and Dkt. # 57-1.

IT IS SO ORDERED.

DATED this 13th day of December, 2024.

*signature*
JOHN H. CHUN
United States District Judge

Order Re: Motions to Seal - 1
*United States v. McDonagh* CR22-120-JHC